**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BENJAMIN ROBERSON**                                                    **PETITIONER**

**V.**                                                    **NO. 4:21-CV-41-DMB-JMV**

**COMMISSIONER MARSHALL
FISHER**                                                    **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, Benjamin Roberson's

petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 10th day of January, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**